IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
__FLORENCE__ DIVISION

| | |
|---|---|
| Cherry Grove Beach Gear, LLC, et al. ) | CA: 4:22-CV-02198-RBH |
| ) | |
| Plaintiff(s), ) | |
| ) | **RULE 26(f) REPORT** |
| v. ) | |
| ) | |
| City of North Myrtle Beach ) | |
| ) | |
| Defendant(s). ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☑ We agree that the schedule set forth in the Conference and Scheduling Order filed __January 11, 2023__ is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed _____ requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f), with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| s/Kenneth R. Moss | s/Elbert S. Dorn |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| Kenneth R. Moss, Plaintiffs | Elbert S. Dorn, City of North Myrtle Beach |
| *Printed Name of Plaintiff's Counsel and Party Represented* | *Printed Name of Defendant's Counsel and Party Represented* |
| s/George N. Spirakis | s/Marguerite S. Willis |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| George N. Spirakis, Plaintiffs | Marguerite S. Willis, City of North Myrtle Beach |
| *Printed Name of Plaintiff's Counsel and Party Represented* | *Printed Name of Defendant's Counsel and Party Represented* |
| s/Robert E. Lee | s/Kirsten E. Small |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| Robert E. Lee, Plaintiffs | Kirsten E. Small, City of North Myrtle Beach |
| *Printed Name of Plaintiff's Counsel and Party Represented* | *Printed Name of Defendant's Counsel and Party Represented* |
| | s/Michael A. Parente |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| | Michael A. Parente, City of North Myrtle Beach |
| *Printed Name of Plaintiff's Counsel and Party Represented* | *Printed Name of Defendant's Counsel and Party Represented* |
| *Dated:* February 14, 2023 | *Dated:* February 14, 2023 |