IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Cherry Grove Beach Gear, LLC, Derek Calhoun, and Jacqueline Calhoun,<br><br>Plaintiffs,<br><br>vs.<br><br>City of North Myrtle Beach,<br><br>Defendant. | Case No.: 4:22-cv-02198-RBH<br><br>**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, through their undersigned counsel, and with the consent of the Defendant, through its undersigned counsel, hereby stipulate and agree to the dismissal *without prejudice* of Paragraphs 19, 30, 31, 32, 33, 101, and 103 of the Complaint (ECF No.1) and any claims or requests for relief specific to those paragraphs.

IT IS SO AGREED AND STIPULATED.

[SIGNATURES ON NEXT PAGE]

| | |
|---|---|
| *s/Kenneth R. Moss* | *s/Elbert S. Dorn* |
| Kenneth R. Moss, Fed. ID No. 10754 | Elbert S. Dorn, Esquire, Fed. ID No. 04895 |
| George N. Spirakis, Fed. ID No. 5398 | MAYNARD NEXSEN PC |
| WRIGHT, WORLEY, POPE, EKSTER & MOSS, PLLC | 1101 Johnson Avenue, Suite 300 |
| 628A Sea Mountain Highway | Myrtle Beach, SC 29577 |
| North Myrtle Beach, SC 29582 | Phone: 843.213.5412 |
| Phone: 843.281.9910 | Fax: 843.216.5414 |
| Fax: 843.281.9903 | EDorn@maynardnexsen.com |
| KennethMoss@wwpemlaw.com | |
| GeorgeSpirakis@wwpemlaw.com | Marguerite S. Willis, Fed. ID No. 11293 |
| | Kirsten E. Small, Fed. ID No. 10005 |
| | MAYNARD NEXSEN PC |
| | 104 South Main Street, Suite 900 |
| Robert E. Lee, Fed. ID No. 5509 | Greenville, SC 29601 |
| ROBERT E. LEE, LLC | Phone: 864.370.2211 |
| P.O. Box 1096 | Fax: 864.477.2619 |
| Marion, SC 29571 | MWillis@maynardnexsen.com |
| Phone: 843.423.1313 | KSmall@maynardnexsen.com |
| Fax: 843.423.1397 | |
| rel@rellawfirm.com | Michael A. Parente, Fed. ID No. 13358 |
| | MAYNARD NEXSEN PC |
| *Attorneys for Plaintiffs Cherry Grove Beach Gear, LLC, Derek Calhoun, and Jacqueline Calhoun* | 1230 Main Street, Suite 700 (29201) |
| | Post Office Drawer 2426 |
| | Columbia, SC 29202 |
| | Phone: 803.771.8900 |
| | Fax: 803.253.8277 |
| | MParente@maynardnexsen.com |
| | |
| | *Attorneys for Defendant City of North Myrtle Beach* |