AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cherry Grove Beach Gear LLC; Derek Calhoun; Jacqueline Calhoun,, | ) ) ) |
| Plaintiff(s), | No. 4:22-cv-02198-JD ) ) |
| vs | ) ) |
| City of North Myrtle Beach, | ) ) |
| Defendant(s). | ) ) |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is granted in favor of defendant, City of North Myrtle Beach, as to the Sherman Antitrust Act claim; Regulatory Takings claim; and Contract Cause claims. The court previously dismissed Plaintiffs' Fourteenth Amendment Privileges or Immunities Clause claim with prejudice but dismissed the Defamation claim without prejudice. The court declines to exercise its jurisdiction over Plaintiffs' remaining claims and dismisses them without prejudice.

This action was *(check one)*:
❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❒ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Plaintiffs Motion for Summary Judgment.

Robin L. Blume
CLERK OF COURT

By: s/Leah Gibbons, Deputy Clerk

September 6, 2024