## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Cherry Grove Beach Gear, LLC, Derek Calhoun, and Jacqueline Calhoun, <br><br> Plaintiffs, <br><br> vs. <br><br> City of North Myrtle Beach, <br><br> Defendant. | Case No. 4:22-cv-02198-RBH <br><br> **NOTICE OF APPEAL** |

### PLAINTIFFS' NOTICE OF APPEAL

NOTICE is hereby given that the Plaintiffs Cherry Grove Beach Gear, LLC, Derek Calhoun, and Jacqueline Calhoun in the above-named case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered by this Court on November 7, 2024 [Doc. 81] denying Plaintiff's Motion to Amend or Alter the Judgment [Doc. 79] and granting summary judgment to Defendant. [Doc. 78].

Respectfully submitted,

**WRIGHT, WORLEY, POPE, EKSTER & MOSS, PLLC**
*Attorneys for Plaintiffs*

s/ **Kenneth R. Moss**
Kenneth R. Moss, FID # 10754
George N. Spirakis, FID# 5398
628A Sea Mountain Highway
North Myrtle Beach, SC 29582
Tel: 843/ 281-9901 / Fax: 843/ 281-9903
KennethMoss@wwpemlaw.com
GeorgeSpirakis@wwpemlaw.com

Page 1 of 2

Cherry Grove Beach Gear, LLC, et al. vs. City of North Myrtle Beach
Case No. 4:22-cv-02198-RBH
WWPEM, PLLC File No. SC-9868-001

        **ROBERT E. LEE, LLC**
        *Attorney for the Plaintiffs*

        *s/ Robert E. Lee*

        Robert E. Lee, FID # 5509
        P.O. Box 1096
        Marion, SC 29571
        tel: (843) 423-1313 fax: (843) 423-1397
        Email: rel@rellawfirm.com

North Myrtle Beach, SC

<u>November 14, 2024</u>

Page 2 of 2

Cherry Grove Beach Gear, LLC, et al. vs. City of North Myrtle Beach
Case No. 4:22-cv-02198-RBH
WWPEM, PLLC File No. SC-9868-001