## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 11/14/24<br><br>✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA    ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:**<br>South Carolina<br><br>**Division:**<br>Florence<br><br>**Caption:**<br>Cherry Grove Beach Gear LLC et al v. North Myrtle Beach, City of | **District Case No.:**<br>4:22-cv-02198-JD<br><br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:**   ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

| | |
|---|---|
| **Confinement-Criminal Case:**<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br><br>**Defendant Address-Criminal Case:** | **Fee Status:**<br>___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid<br>**If the fee has not been paid, please check one of the following:**<br>**Criminal Cases:**<br>___ Defendant proceeded under CJA in district court.<br>___ Defendant did not proceed under CJA in district court.<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:**<br><br>**Court Reporter** (list all):<br><br>**Coordinator:** | **Sealed Status** (check all that apply):<br>____ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | ✓ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: s/L. Gibbons    Phone: 843-676-3820    Date: 11/18/24

10/01/2024 LDJ/CD